JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT HORATIO SIMMONS,<br><br>    Plaintiff,<br><br>  v.<br><br>STAN BLUMENFELD, et al.,<br><br>    Defendants. | Case No. CV 14-4806-JFW (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the following claims are dismissed with prejudice:

(a) all claims under RICO and federal criminal statutes; and

(b) all federal claims against defendants Blumenfeld, Hofer, Schwartz, Mavis, Croft, Clover, Hunter, Kwon, Taksar, Murphy, Adams, Lacey, Cooley, Mitchell, Garcia, Karim, and Park.

IT IS FURTHER ADJUDGED that the following claims are dismissed without prejudice:

(a) all claims for equitable relief;

(b) all federal claims against defendants Casillas, Emerich, Barragan, McLean, Hernandez, Cano, and Brock; and

(c) all state law claims.

IT IS SO ADJUDGED.

DATED: January 22, 2016

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

4